# LAW OFFICE OF SAM BRAVERMAN

901 Sheridan Avenue                                                PO Box 127
Bronx, New York 10451                               Tenafly, New Jersey 07670
Tel (718) 293-1977                                          Tel (201) 569-1595
Fax (718) 293-5395                                         Fax: (201) 596 2724
Braverlaw@aol.com

Sam Braverman, Admitted NY & NJ
Giovanni Rosania, Admitted NY


                                                            March 9, 2012

*Via ECF*
Honorable Frederic Block
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201


     **Re:     United States v. Aleksandr Kharkover**
               **Case No. 11 Cr. 00112**

Dear Judge Block,

        This office represents Mr. Kharkover in the above referenced matter. I write to
respectfully request that my client be allowed to travel to and from Binghamton, New
York from March 16 to 19 to pick up a family friend.

        Neither the Government nor Pre-Trial Services has any objection to this request.

        Thank you for your consideration of this matter. If you have any questions, please
do not hesitate to contact me at the above Bronx, New York address.


                                                Respectfully submitted,

                                                s/Sam Braverman_____
                                                Sam Braverman


Cc:     AUSA Katherine Houston